THE GUARDIAN NEWS, INC.,

Vs.

VILLAGE OF ELMSFORD, NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/2007 at 12:20PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
VILLAGE OF ELMSFORD    (herein called recipient) therein named.
At Location: 15 STONE AVENUE
ELMSFORD NY

By delivering to and leaving with FRAN LEFEVER and that deponent knew the person so served to be the DEPUTY CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 40/45    Height 5'3"
Weight 115    Other Features

Sworn to before me on 6/20/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod (signature)
Server's License#: