UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
THE GUARDIAN NEWS,

                       Plaintiff,                    **NOTICE**
                                                          **OF APPEARANCE**

    -against-

                                                          Docket No.
VILLAGE OF ELMSFORD,                       07 Civ. 5716 (CLB)

                       Defendant.
----------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendant, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       July 2, 2007

                                                         MIRANDA   SOKOLOFF   SAMBURSKY
                                                         SLONE VERVENIOTIS, LLP
                                                         Attorneys for Defendant

                                                         By: _____
                                                            BRIAN S. SOKOLOFF (bss-7147)
                                                       240 Mineola Boulevard
                                                       The Esposito Building
                                                       Mineola, New York 11501
                                                       (516) 741-7676
                                                       Our File No. 07-446

TO:  LOVETT & GOULD, LLP
     222 Bloomingdale Road
     White Plains, New York 10605fa